IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAVERNE DIANE TILLEY     ) | |
| ) | |
|    Petitioner     ) | |
| ) | CIVIL ACTION |
| v.     ) | |
| ) | FILE NO. 5:08-CV-00434-HL |
| MARTHA BARRS and     ) | |
| METROPOLITAN LIFE     ) | |
| INSURANCE COMPANY     ) | |
| ) | |
|    Respondents     ) | |

**<u>ORDER PERTAINING TO
APPOINTMENT OF GUARDIAN AD LITEM</u>**

Having considered the consent motion pertaining to the appointment of a guardian *ad litem* for J.T., a minor, who is a defendant to this interpleader action, which was filed by LAVERNE DIANE TILLEY, MARTHA BARRS, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), and CRYSTAL ROGERS, as Natural Guardian and Next Friend of D.T., the Court hereby appoints Bradley G. Pyles, Esq., as guardian *ad litem* for J.T., on a contingency basis. Mr. Pyles shall submit his standard contingency fee contract for approval by the Court.

Notwithstanding the footnote in the Court's order granting the motion for joinder of D.T. and J.T., the Court finds that D.T. is adequately represented by his mother, who filed an Answer to the Interpleader and filed a complaint on his behalf as Natural Guardian and Next Friend.

SO ORDERED this 18th day of May, 2009.

*s/  Hugh Lawson*
 HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Consented to by:

*s/  Jonathan A. Alderman*
Jonathan A. Alderman
Georgia Bar No. 008150
*(Signed by Andrea K. Cataland
with the express consent and
permission of Mr. Alderman)*
Kim H. Stroup
Georgia Bar No. 006940
Attorneys for Laverne Diane Tilley and
Crystal Rogers, as natural guardian of D.T.
ANDERSON, WALKER & REICHERT, LLP
Post Office Box 6497
Macon, Georgia 31208-6497
(478) 743-8651- *Telephone*
(478) 743-9636 - *Facsimile*

*s/ Jerry A. Lumley*
Jerry A. Lumley
Georgia Bar No. 460866
*(Signed by Andrea K. Cataland
with the express consent and
permission of Mr. Lumley)*
Attorney for Martha Barrs

LUMLEY & HOWELL, LLP
350 Second Street
Macon, Georgia 31201
(478) 745-0111 - *Telephone*

*(SIGNATURES CONTINUED ON NEXT PAGE)*

*s/ Andrea K. Cataland*
Elizabeth J. Bondurant
Georgia Bar No. 066690
Andrea K. Cataland
Georgia Bar No. 116282
Attorneys for Metropolitan
Life Insurance Company

SMITH MOORE LEATHERWOOD, LLP
Atlantic Center Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 - *Telephone*
(404) 962-1200 - *Facsimile*