IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| LAVERNE DIANE TILLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 5:08-CV-434 (HL) |
| v. | ) |
| | ) |
| MARTHA BARRS, ET AL. | ) |
| | ) |

**ORDER GRANTING MOTION TO SEAL**

United States Postal Service, Movant herein having moved to seal the Official Folder of Mark A. Tilley and said Motion having been read and considered, the same is hereby GRANTED. The clerk is directed to seal the Official Personnel Folder of Mark A. Tilley, until further order of the Court.

SO ORDERED this 2nd day of February, 2010.


*s/ Hugh Lawson*
HUGH LAWSON


Presented by:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY


s/William D. Gifford
Assistant United States