IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **LAVERNE DIANE TILLEY,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 5:08-CV-434 (HL) |
| **MARTHA BARRS, et al.,** | : | |
| Respondents. | : | |

### ORDER

On April 9, 2010, Defendant Martha Barrs filed what she labeled an Objection to Affidavit of Crystal Rogers (Doc. 88). In this pleading, Mrs. Barrs states that when ruling on her motion for summary judgment, the Court should not consider the affidavit signed by Crystal Rogers and provided to the Court by Laverne Diane Tilley and D.T. in support of their response to the motion.

Mrs. Tilley and D.T. are directed to file a response to the Objection not later than April 23, 2010. Mrs. Barrs will then have until not later than April 30, 2010 to reply to the response. The response and reply are subject to the Court's normal page limitations.

**SO ORDERED**, this the 13th day of April, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh